USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2015

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MIRELLE VANGAS and ALFREDO VANGAS JR.,

                Plaintiffs,                           11 **CIVIL** 6722 (ER)

     -against-                                  **JUDGMENT**

MONTEFIORE MEDICAL CENTER, ELIZABETH
BURNS, PATRICIA QUINN, and WAGEWORKS, INC.,
                Defendants.

-----------------------------------------------------------------X

       Whereas following a five-day trial in June 2014, the Court having granted judgment as a matter of law to Mrs. Vangas on the NYLL claim; the jury then having found in Mrs. Vangas' favor on the NYSHRL claim and awarded damages in the total amount of $541,000; 155,000 in the form of back pay, $190,000 in the form of front pay, $181,000 in compensatory damages, and $15,000 in connection with the NYLL claim; on November 5, 2014. Defendants moved for (i) judgment as a matter of law under Rule 50 fo the Fed. R,. Civ. P., (ii) an order vacating the jury's verdict and dismissing Mrs. Vangas' claim under Rule 59(e) and Rule 60(b)(6), (iii) a new trial pursuant to Rule 59(a) and Rule 60(b)(6), or (iv) remittitur of the compensatory, back pay, and front damages awards; Defendants did not challenge the judgment or jury award on the NYLL claim; by order dated April 3, 2015, the court denied Defendants' motion for judgment as a matter of law and granted Defendants' motion for a new trial unless Mrs. Vangas agreed in writing to a remittitur reducing the back pay award to $110,000 and the compensatory damages award to $125,000; by letter dated April 6, 2015, Mrs. Vangas agreed to a remittitur reducing the back pay award from $155,000 to $110,000 and the compensatory damages award from $181,000 to $125,000, and the matter having come before the Honorable Edgardo Ramos, United States District Judge, and the Court, on November 5, 2014, having rendered its Order directing the Clerk of the Court to enter judgment in the total amount of $440,000; $110,000 in the form of back pay, $190,000 in the form of front pay, $125,000

in compensatory damages and $15,000 in connection with the NYLL claim, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 8, 2015, judgment is hereby entered in favor of Mrs. Vangas in the total amount of $440,000; $110.000 in the form of back pay, $190,000 in the form of front pay, $125,000 in compensatory damages and $15,000 in connection with the NYLL claim.

**Dated:** New York, New York
April 10, 2015

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk